IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     MICHAEL E HINTON                                      CASE NO: 4:18-bk-10829 T
                Debtor                                                       Chapter 13

## CHAPTER 13 ORDER
## REVOKING PAYROLL DEDUCTION

Before the court for consideration is the matter of revocation of the Chapter 13 Order to Pay Trustee previously entered directing the employer of the debtor to withhold certain sums from the debtor's compensation each month. It appears to the court that other arrangements have been made.

IT IS ORDERED that the Chapter 13 Order to Pay Trustee previously entered directing

                 Datamax
                 Attn: Payroll Dept
                 2121 Hampton Ave
                 Saint Louis, MO 63139-2904

to withhold sums of money from the pay of the debtor should be, and hereby, is revoked. The debtor's employer shall stop withholding payments from the debtor and cease making payments to the Trustee.

Date: January 10, 2023                                              /s/ RICHARD D. TAYLOR
                                                                              RICHARD D. TAYLOR
                                                                              United States Bankruptcy Judge

cc:   Joyce Bradley Babin
       Matthew D. Mentgen
       MICHAEL E HINTON